

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-21-00049-CV
_____

HOLCOMB RESOURCES, INC., Appellant

V.

OAKHOLLOW GROUP, LTD., Appellee

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-300454-18

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

Holcomb Resources, Inc., filed a notice of appeal in this matter on April 20, 2021. The appellate record was due to be filed with this Court on or before May 21, 2021. Both the Tarrant County District Clerk[1] and the court reporter who recorded the trial court proceedings in this matter informed our clerk's office that no payment and no arrangement for payment for the record's preparation had been made by Holcomb.

Holcomb is not indigent and is, therefore, responsible for payment of the fees related to preparation of the appellate record. *See* TEX. R. APP. P. 20.1; 35.3(a)(2), (b)(3); 37.3(b), (c). By letter dated June 1, 2021, and pursuant to Rules 37.3 and 42.3 of the Texas Rules of Appellate Procedure, we notified Holcomb of this defect and provided it an opportunity to cure it. Further, we warned Holcomb that, if we did not receive an adequate response to our defect letter within ten days of the date of the letter, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), (c); 42.3(b).

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

We have received no communication from Holcomb responsive to our June 1 correspondence. Consequently, this appeal is ripe for dismissal. Pursuant to Rule 37.3, subsections (b) and (c), and Rule 42.3(b), we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), (c); 42.3(b).

Ralph K. Burgess
Justice

Date Submitted: July 1, 2021
Date Decided: July 2, 2021